# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**239**
**CA 11-01890**
PRESENT: SCUDDER, P.J., SMITH, FAHEY, CARNI, AND SCONIERS, JJ.

SHAWN MCCARTHY, PLAINTIFF-APPELLANT-RESPONDENT,

                          V                                ORDER

CSX TRANSPORTATION, INC.,
DEFENDANT-RESPONDENT-APPELLANT.

CELLINO & BARNES, P.C., ROCHESTER (RICHARD P. AMICO OF COUNSEL), FOR
PLAINTIFF-APPELLANT-RESPONDENT.

MAYER BROWN LLP, WASHINGTON, D.C. (CARL J. SUMMERS OF COUNSEL), FOR
DEFENDANT-RESPONDENT-APPELLANT.

-------------------------------------------------------------------------------------------------------

     Appeal and cross appeal from an order of the Supreme Court, Erie
County (Frederick J. Marshall, J.), entered November 19, 2010.  The
order denied plaintiff's motion to set aside the verdict and denied
defendant's cross motion to set aside the verdict.

     It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  March 16, 2012                    Frances E. Cafarell
                                            Clerk of the Court